IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                    NO.  12-30245-DRH-SCW

JONATHAN S. MILLS,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE PURSUANT TO FED.R.CRIM.P 32.2 WITH RESPECT TO CERTAIN COMPUTER EQUIPMENT OF JONATHAN S. MILLS**

In the Indictment filed in the above cause on August 24, 2012, the United States sought forfeiture of property of defendant, Jonathan S. Mills, pursuant to 18 U.S.C. § 2253.  The Court, upon consideration of guilty plea in this matter, hereby finds that the following property is forfeitable and hereby orders forfeited the following property:

    **One White Apple Macbook laptop computer, bearing serial number W87273J1YA2;**

    **One Apple Mac Pro 2.4, bearing serial number YM0360L9EUF;**

    **One Apple Monitor, bearing serial number 2A0360Z36JL;**

    **One Apple Keyboard;**

    **One Logitech M100 mouse;**

    **One Black external hard drive (HDD) marked "Fonts and Stuff";**

    **One Western Digital (WD) external HDD, bearing serial number WMAVU1025436;**

    **One WD external HDD, bearing serial number WCAU49949107;**

**One WD external HDD, bearing serial number WCAV50541444;**

**One Quantum 40GB HDD, bearing serial number 354028421979;**

**One Apple Macintosh Powerbook 1400, bearing serial number QT6501R98JX; and**

**One Adaptec external hard drive, bearing serial number 0510794.**

The United States shall, under the authority of 21 U.S.C. § 853(n)(1) to "publish notice of the order and of its intent to dispose of the property in such matter as the Attorney General may direct," provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States shall, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the

court may amend this order to resolve the claimed third-party interests.

The United States Marshal or the property custodian for the United States Secret Service shall seize and reduce to his possession, if he has not already done so, the above-described property.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to defendant Jonathan S. Mills at the time of the defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time.  This Order shall be made part of the sentence of defendant Jonathan S. Mills and shall be included in the Judgment imposed against the defendant.  This Order is a final order with respect to the defendant, and this Order may be amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

The United States may abandon forfeiture of the property by filing notice of the abandonment with the Court.

**IT IS SO ORDERED.**

**DATED: March 25, 2013**

Digitally signed by David R. Herndon
Date: 2013.03.25 10:56:41 -05'00'

**Chief Judge**
**United States District Court**