IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO.   12-30245-DRH-SCW

vs.

JONATHAN S. MILLS,

Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS (FINAL ORDER OF FORFEITURE)

On March 25, 2013, this Court entered an Order for forfeiture against defendant Jonathan S. Mills for the following property which had been seized from the defendant:

**One White Apple Macbook laptop computer, bearing serial number W87273J1YA2;**

**One Apple Mac Pro 2.4, bearing serial number YM0360L9EUF;**

**One Apple Monitor, bearing serial number 2A0360Z36JL;**

**One Apple Keyboard;**

**One Logitech M100 mouse;**

**One Black external hard drive (HDD) marked "Fonts and Stuff";**

**One Western Digital (WD) external HDD, bearing serial number WMAVU1025436;**

**One WD external HDD, bearing serial number WCAU49949107;**
**One WD external HDD, bearing serial number WCAV50541444;**

**One Quantum 40GB HDD, bearing serial number 354028421979;**

**One Apple Macintosh Powerbook 1400, bearing serial number QT6501R98JX; and**

**One Adaptec external hard drive, bearing serial number 0510794.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 5, 2013, and ending September 3, 2013, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on March 25, 2013, namely:

**One White Apple Macbook laptop computer, bearing serial number W87273J1YA2;**

**One Apple Mac Pro 2.4, bearing serial number YM0360L9EUF;**

**One Apple Monitor, bearing serial number 2A0360Z36JL;**

**One Apple Keyboard;**

**One Logitech M100 mouse;**

**One Black external hard drive (HDD) marked "Fonts and Stuff";**

**One Western Digital (WD) external HDD, bearing serial number**

WMAVU1025436;

**One WD external HDD, bearing serial number WCAU49949107;**
**One WD external HDD, bearing serial number WCAV50541444;**

**One Quantum 40GB HDD, bearing serial number 354028421979;**

**One Apple Macintosh Powerbook 1400, bearing serial number QT6501R98JX; and**

**One Adaptec external hard drive, bearing serial number 0510794.**

The United States Secret Service or the United States Marshal shall dispose

of the property according to law. The disposal may, at the discretion of the United

States, include the destruction of the property.   The destruction may be done at

such time and location and by such persons as designated by the United State

Secret Service or the United States Marshal.

**DATE: November 4, 2013**

Digitally signed by
David R. Herndon
Date: 2013.11.04
11:46:06 -06'00'

**Chief Judge**
**United States District Court**